IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TERRON LINDSEY,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

   Appellant,

v.           CASE NO. 1D13-6200

STATE OF FLORIDA,

   Appellee.

_____/

Opinion filed March 13, 2015.

An appeal from the Circuit Court for Gadsden County.
Jonathan E. Sjostrom, Judge.

Jeffrey E. Lewis, Criminal Conflict and Civil Regional Counsel, and Michael Jerome Titus, Assistant Conflict Counsel, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Jessica Judith DaSilva, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

   AFFIRMED.

ROBERTS, SWANSON, and BILBREY, JJ., CONCUR.